[No. 3451-8-III. Division Three. December 30, 1980.]

LARRY A. MAKEEFF, *Appellant,* v. CARL F. BISGAARD, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 32355, Fred R. Staples, J., entered May 4, 1979. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.

[No. 4013-II. Division Two. December 31, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR VERNON SWANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 54579, Waldo F. Stone, J., entered March 28, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.